■ ROBERT BAUMAN et al., Appellants, v DEBRA MAYNARD et al., Respondents, et al., Defendant. [974 NYS2d 818]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered August 20, 2012. The judgment, among other things, dismissed plaintiffs' complaint following a nonjury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Lindley and Sconiers, JJ.